**U.S. Department of Justice**

United States Attorney
District of New Jersey

---

Christopher J. Kelly
Assistant U.S. Attorney

970 Broad Street, Suite 700
Newark, NJ 07102

(973)645-6112
Fax: (973)645-3497

April 8, 2010

Honorable Renee M. Bumb
United States District Court
Mitchell H. Cohen Building
  & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey  08101
Attn: Art Roney

   Re: United States v. James Patten
     Criminal No. 10-42

Dear Judge Bumb:

  This shall confirm that the sentencing in the above-captioned matter has been adjourned from May 10, 2010 to June 28, 2010 beginning at 1:30 p.m.

         Respectfully submitted,

         PAUL J. FISHMAN
         United States Attorney

         By: Christopher J. Kelly
         Assistant U.S. Attorney