UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**JUDGE RENÉE MARIE BUMB**

**COURT REPORTER: TED FORMAROLI**
**OTHER:** Miguel Rivera, Probation Officer

**TITLE OF CASE**:
UNITED STATES OF AMERICA
    vs.
JAMES PATTEN
    **DEFT. PRESENT**

**APPEARANCE:**
Christopher J. Kelly, AUSA for Government
Michael J. Sullivan, Esquire for defendant

**NATURE OF PROCEEDINGS:** SENTENCING

Sentence:
Imprisonment: 27 months.
Supervised Release: 3 years with conditions.
Fine: waived
Restitution: $334,300.00
Special Assessment: $100.00.
Defendant advised of right to appeal.
Ordered bail continued.
Order to be entered.

Time commenced: 11:20a.m.

**DATE OF PROCEEDINGS**

August 3, 2010

**Docket #** CR-10-42-01(RMB)

Time Adjourned: 1:20p.m.

Total 2 Hours

s/ Arthur Roney
DEPUTY CLERK

cc: **Chambers**