

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

---

970 Broad Street, Suite 700  
Newark, NJ 07102

general number: (973)645-2700  
telephone number: (973) 645-2834  
fax number: (973) 645-3210  
e-mail: kelly.parker-battle@usdoj.gov

March 23, 2012

RECEIVED
APR 0 9 2012
AT 8:30_____
WILLIAM T. W...
CLERK

Hon. Garrett E. Brown, Jr.  
Judge, U.S. District Court  
402 E. State Street  
U.S. Courthouse Bldg.  
Trenton, New Jersey 08608

Re:  United States of America v. James Patten  
      Criminal Action No. 10-042

Dear Judge Brown:

We herewith request that the Application and Order for Writ of Garnishment in the above captioned matter be withdrawn.

Thank you for your assistance in this matter.

Respectfully submitted,

PAUL J. FISHMAN  
United States Attorney

By:  KELLY C. PARKER-BATTLE  
     Financial Specialist

Encl.